UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

---

Marylys Halverson,

Plaintiff,

v.

Chase Manhattan Bank USA N.A.
d/b/a Chase Visa,

Defendant.

Court File No. 00-CV1732 (JRT/FLN)

***STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT***
+ Order

---

WHEREAS the above-entitled matter commenced by Plaintiff against Defendant;

WHEREAS a response to Plaintiff's Complaint may be required to be served on or about August 11, 2000;

WHEREAS Defendants have requested additional time to respond to Plaintiff's Complaint.

NOW THEREFORE, it is stipulated and agreed that Defendants shall have until August 28, 2000 to answer, move or otherwise plead in connection with the Plaintiff's Complaint.

Dated: August 8, 2000.

CONSUMER JUSTICE CENTER, P.A.

By ______________________

Thomas J. Lyons, Jr. (#249644)
1560 Beam Avenue, Suite A
Maplewood, MN 55109-1171
(651) 770-9707

ATTORNEY FOR PLAINTIFF

1196823.1



FILED 8/24/00
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ____________
DEPUTY CLERK ____________

Dated: August 9, 2000

BRIGGS AND MORGAN

By ______________________
Richard G. Mark (#67581)
2400 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 334-8400

ATTORNEYS FOR DEFENDANT

IT IS SO ORDERED BY THE COURT.

Dated: Aug 24, 2000

______________________
Magistrate Judge Franklin L. Noel