**EXHIBIT "A"**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Marlys Halverson,

Plaintiff,

vs.

Chase Manhattan Bank U.S. N.A. d/b/a Chase Visa.,

Defendant.

Court File No. 00CV1732JRT/FLN

**STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by the attorneys for the Defendants, that the above matter shall be dismissed with prejudice and on the merits, with each party bearing their own attorneys' fees, costs and expenses.

Dated: 12/20/00, 2000

CONSUMER JUSTICE CENTER, P.A.

By
Thomas J. Lyons, Jr. (#249644)
1560 Beam Avenue, Suite A
Maplewood, MN 55109-1171
(651) 770-9707
**Attorneys for Plaintiff**

Dated: 12/22, 2000

BRIGGS AND MORGAN

By
Richard G. Mark (#67581)
2400 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 334-8400
**Attorneys for Defendant**

FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

1236814.1

IT IS HEREBY ORDERED.

Dated: 1/2, 2001

BY THE COURT

John R. Tunheim

Judge of District Court